UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: | ) | Bankruptcy No. 25-80639 |
| --- | --- | --- |
| | ) | |
| Cam Tu Trinh | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Lynch |

## AGREED INTERIM ORDER

This matter coming before the Court on Debtor's motion to extend the automatic stay pursuant to 11 U.S.C. § 362(c)(3) (ECF No. 18), the Court having held an evdentiary hearing on the motion and being advised in the premises;,

IT IS HEREBY ORDERED:

1. The automatic stay is extended as to all creditors on an interim basis to and through July 24, 2025.
2. This motion is continued to July 24, 2025 at 11:00 a.m. for ruling.

ENTER:

*[signature: Thomas M. Lynch]*

THOMAS M. LYNCH
U.S. Bankruptcy Judge

Date: June 23, 2025